B6F (Official Form 6F) (12/07)

In re  **Gregory L. Scott**
      **Misty L. Scott**

Case No.  **11-32051**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx6012**<br>**ACCOUNT RESOLUTION CORP**<br>**17600 CHESTERFIELD AIRPO**<br>**CHESTERFIELD, MO 63005** | | - | DATE INCURRED: **03/22/2011**<br>CONSIDERATION:<br>**Collection for Granite City Orthopedic Physicians**<br>REMARKS: | | | | $229.31 |
| ACCT #: **xxx5332**<br>**ACCOUNT RESOLUTION CORP**<br>**17600 CHESTERFIELD AIRPO**<br>**CHESTERFIELD, MO 63005** | | - | DATE INCURRED: **04/08/2009**<br>CONSIDERATION:<br>**Collection for Lake of the Ozarks Radiology**<br>REMARKS: | | | | $31.00 |
| ACCT #: **xxxxxxxx xCCTS.**<br>**Anderson Hospital**<br>**6800 State Route 162**<br>**Maryville, IL 62062-8500** | | J | DATE INCURRED: **2010-11**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $9,240.35 |
| ACCT #: **xxxxxxxxxx3720**<br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $126.11 |
| ACCT #: **xxxxxxxx9529**<br>**AT&T Mobility**<br>**PO Box 650553**<br>**Dallas, TX 75265-0553** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Cell Phone Bill**<br>REMARKS: | | | | $533.21 |
| ACCT #: **xxxxx1018**<br>**Barnes-Jewish St. Peters Hospital**<br>**PO Box 504253**<br>**St. Louis, MO 63150-4253** | | J | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $679.48 |
| | | | | | | Subtotal > | $10,839.46 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**10**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
     **Misty L. Scott**

Case No. **11-32051**  
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx9291**<br>**BUREAU OF COLLECTION**<br>**7575 CORPORATE WAY**<br>**EDEN PRAIRIE, MN 55344** | | - | DATE INCURRED: **07/2011**<br>CONSIDERATION:<br>**Collection for US Cellular**<br>REMARKS: | | | | $1,776.00 |
| ACCT #: **xx-xxx3418**<br>**CBCS**<br>**PO Box 2589**<br>**Columbus, OH 43216** | | J | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Collecting for - Apria St. Peters**<br>REMARKS: | | | | $105.96 |
| ACCT #: **xxx-xx-4602**<br>**Commerce Bank**<br>**2496 Troy Rd**<br>**Edwardsville, IL 62025** | | W | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Overdrawn Bank Account**<br>REMARKS: | | | | $68.00 |
| ACCT #: **xxx xx6361**<br>**Comprehensive Anesthesia Care, PC**<br>**PO Box 11750**<br>**Clayton, MO 63105-0550** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $294.40 |
| ACCT #: **xxxxx0114**<br>**Computer Credit Inc.**<br>**640 West Fourth St.**<br>**PO Box 5238**<br>**Winston-Salem, NC 27113-5238** | | J | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Collecting for - St. Luke's Hospital**<br>REMARKS: | | | | $300.00 |
| ACCT #: **xx9090**<br>**Constar Financial Services, LLC**<br>**PO Box 12020**<br>**Glendale, AZ 85318-2020** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collecting for - Hyundai Motor Finance**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**1**____ of ____**10**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $2,544.36

**Total >**  
**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
     **Misty L. Scott**　　　　　　　　　　　　　　　　Case No. **11-32051**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*  
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx8812**<br>**Credit Control**<br>**#6 Ginger Creek Parkway**<br>**Glen Carbon, IL 62034** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collecting for - St. John's Mercy Hospital**<br>REMARKS: | | | | $100.00 |
| ACCT #: **x0848**<br>**Diabetes & Endocrinology Specialist**<br>**222 S Woods Mill Rd. 410N**<br>**Chesterfield, MO 63017** | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $115.77 |
| ACCT #: **xxxx4858**<br>**DirecTV**<br>**PO Box 78626**<br>**Phoenix, AZ 85062-8626** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxxx1272**<br>**Diversified Adjustment Service Inc.**<br>**PO Box 32145**<br>**Fridley, MN 55432** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - US Cellular**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxxx0308**<br>**EBO Financial Services**<br>**13523 Barrett Parkway Dr. Ste. 241**<br>**Ballwin, MO 63021** | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Collecting for - Barnes-Jewish St. Peters**<br>REMARKS: | | | | $1,089.80 |
| ACCT #: **xxxx4858**<br>**First National Collection Bureau, Inc.**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collecting for - DirecTV**<br>REMARKS: | | | | $197.95 |

Sheet no. __2__ of __10__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $1,503.52

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
     **Misty L. Scott**

Case No. **11-32051**
    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx1416**<br>**FIRST PREMIER BANK**<br>**601 S MINNESOTA AVE**<br>**SIOUX FALLS, SD 57104** | | - | DATE INCURRED: **11/02/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $395.00 |
| ACCT #: **xxx3930**<br>**FIRSTSOURCE FIN SOLUTIONS**<br>**7650 MAGNA DR**<br>**BELLEVILLE, IL 62223** | | - | DATE INCURRED: **09/17/2010**<br>CONSIDERATION:<br>**Collection for Anderson Hospital**<br>REMARKS: | | | | $104.00 |
| ACCT #: **xxx2814**<br>**FIRSTSOURCE FIN SOLUTIONS**<br>**7650 MAGNA DR**<br>**BELLEVILLE, IL 62223** | | - | DATE INCURRED: **02/04/2011**<br>CONSIDERATION:<br>**Collection for Anderson Hospital**<br>REMARKS: | | | | $102.00 |
| ACCT #: **xxxxxxxx xCCTS.**<br>**FIRSTSOURCE FIN SOLUTIONS**<br>**7650 MAGNA DR**<br>**BELLEVILLE, IL 62223** | | - | DATE INCURRED: **09/03/2008**<br>CONSIDERATION:<br>**Collection for St. Johns Mercy Hospital**<br>REMARKS: | | | | $300.00 |
| ACCT #: **x5891**<br>**FIRSTSOURCE FIN SOLUTIONS**<br>**7650 MAGNA DR**<br>**BELLEVILLE, IL 62223** | | J | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Collection for Woods Mill Anesthesia Inc.**<br>REMARKS: | | | | $45.00 |
| ACCT #: **xxx9189**<br>**FIRSTSOURCE FIN SOLUTIONS**<br>**7650 MAGNA DR**<br>**BELLEVILLE, IL 62223** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Collection for Anderson Hospital**<br>REMARKS: | | | | $300.00 |

Sheet no. ___**3**___ of ___**10**___ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $1,246.00

**Total >**  
**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
**Misty L. Scott**

Case No. **11-32051**  
(if known)

*AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xxx7072<br>**Frontier Financial Group**<br>631 N. Stephanie St. #419<br>Henderson, NV 89014 | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - QC Holdings**<br>REMARKS: | | | | $425.00 |
| ACCT #: xxxxxxxxxxxx9759<br>**GEMB/WALMART**<br>PO BOX 981400<br>EL PASO, TX 79998 | | J | DATE INCURRED: **06/30/2005**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | Notice Only |
| ACCT #: x5834<br>**Glennon Care Professional Services**<br>PO Box 504604<br>St. Louis, MO 63150-4604 | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $60.88 |
| ACCT #: xxxxxxxxxx1254<br>**HYUNDAI MOTOR FINANCE**<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708 | | - | DATE INCURRED: **05/12/2004**<br>CONSIDERATION:<br>**Deficiency on Repossessed Vehicle**<br>REMARKS: | | | | $7,534.00 |
| ACCT #: xx7005<br>**Illinois Ent Associates**<br>2120 Madison Ave. Ste. 200<br>Granite City, IL 62040-4747 | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $143.71 |
| ACCT #: xxxx2458<br>**Laboratory Corporation of America**<br>PO Box 2240<br>Burlington, NC 27216-2240 | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $22.48 |

Sheet no. ____4____ of ____10____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $8,186.07

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**　　　　　　　　　　　　　　　　　　Case No.　**11-32051**
　　　　**Misty L. Scott**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx5711**<br>**Laboratory Corporation of America**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $4.64 |
| ACCT #: **xxxxxxxxxx7142**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**Dominion Plaza, 8th Floor**<br>**600 Seventeenth Street**<br>**Denver, CO 80202** | | - | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Collecting for - US Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxx9759**<br>**LVNV FUNDING LLC**<br>**c/o Resurgent Capital**<br>**PO Box 10466**<br>**Greenville, SC 29603** | | J | DATE INCURRED: **12/29/2006**<br>CONSIDERATION:<br>**Collecting for - GE Capital/Walmart**<br>REMARKS: | | | | $570.00 |
| ACCT #: **xxxxxxxxxxxxx8231**<br>**Maryville Radiology**<br>**PO Box 790051**<br>**St. Louis, MO 63179-0051** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $37.60 |
| ACCT #: **xxx0181**<br>**Medical Recovery Specialists Inc.**<br>**2250 E Devon Ave. Ste. 352**<br>**Des Plaines, IL 60018-4519** | | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - SSM St. Joseph Health Care Center**<br>REMARKS: | | | | $100.00 |
| ACCT #: **xxxxxx2133**<br>**MEDICREDIT CORP**<br>**3620 I 70 DR SE STE C**<br>**COLUMBIA, MO 65201** | | J | DATE INCURRED: **05/24/2010**<br>CONSIDERATION:<br>**Collection for Ameren UE**<br>REMARKS: | | | | $159.00 |

Sheet no. ___**5**___ of ___**10**___ continuation sheets attached to　　　　　　　　**Subtotal >**　　$871.24
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**            Case No. **11-32051**
    **Misty L. Scott**
                                                                                                   (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxx7910<br>**MID SOUTH CB**<br>POB 1567 1410 I    P<br>PARIS, TN 38242 | | J | DATE INCURRED: **12/07/2009**<br>CONSIDERATION:<br>**Collection for St. Johns Mercy**<br>REMARKS: | | | | $100.00 |
| ACCT #: xxxxxxxx6820<br>**Midwest Collection Service, Inc.**<br>PO Box 280<br>Florissant, MO 63032-0280 | | J | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $70.00 |
| ACCT #: x4732<br>**Midwest Ent Center PC**<br>4790 Executive Ctr Pkwy<br>St. Peters, MO 63376 | | J | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $29.29 |
| ACCT #: xxxxx810A<br>**Millennium Anesthesiology Consultants LL**<br>PO Box 3930<br>Salt Lake City, UT 84110-3930 | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $364.33 |
| ACCT #: xxx0854<br>**MRSI**<br>2250 E DEVON AVE STE 352<br>DES PLAINES, IL 60018 | | J | DATE INCURRED: **12/21/2009**<br>CONSIDERATION:<br>**Collection for St. Joseph Health Center**<br>REMARKS: | | | | $100.00 |
| ACCT #: xxx2018<br>**National Credit Adjusters**<br>PO Box 3023<br>327 W 4th St.<br>Hutchinson, KS 67504-3023 | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - EZ Loan Services**<br>REMARKS: | | | | $430.00 |

Sheet no. __6__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                     **Subtotal >**    **$1,093.62**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
**Misty L. Scott**

Case No. **11-32051**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx9387**<br>**NCB Management Services, Inc.**<br>**PO Box 1099**<br>**Langhorne, PA 19047** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Collecting for - PNC Bank**<br>REMARKS: | | | | $216.96 |
| ACCT #: **xxx9907**<br>**NCO FIN/55**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | J | DATE INCURRED: **09/23/2007**<br>CONSIDERATION:<br>**Collection for St. Joseph Health Center**<br>REMARKS: | | | | $100.00 |
| ACCT #: **xxxxxxxxxx7142**<br>**NCS**<br>**3675 E I-240 SERVI**<br>**OKLAHOMA CITY, OK 73135** | | J | DATE INCURRED: **08/2010**<br>CONSIDERATION:<br>**Collecting for - US Bank**<br>REMARKS: | | | | $436.00 |
| ACCT #: **x3357**<br>**New Melle Dental**<br>**PO Box 218**<br>**34 Muhm Center**<br>**New Melle, MO 63365** | | W | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $20.00 |
| ACCT #: **xxxxx8286**<br>**Northland Group Inc.**<br>**PO Box 390846**<br>**Edina, MN 55439** | | H | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collecting for - GE Capital/Walmart, LVNV Funding**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxxxxxx2513**<br>**Orthopaedic Solutions**<br>**PO Box 790**<br>**Edwardsville, IL 62025** | | - | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $12.77 |

Sheet no. ____**7**____ of ____**10**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $785.73

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**                           Case No. **11-32051**
     **Misty L. Scott**                                              (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx0-015**<br>**Partners Financial Services Inc.**<br>**403 Axminister Drive**<br>**Fenton, MO 63026** | | W | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Collecting for - Patsy & Rob's Academy of Beauty**<br>REMARKS: | | | | $1,519.00 |
| ACCT #: **xxx-xxx7072**<br>**QC Holdings, Inc.**<br>**d/b/a 112-Quik Cash**<br>**Attn: Collections Dept.**<br>**PO Box 26187**<br>**Overland Park, KS 66225-6187** | | H | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx9470**<br>**REGIONAL CREDIT SERV**<br>**1201 JEFFERSON STREET STE 150**<br>**WASHINGTON, MO 63090** | | J | DATE INCURRED: **06/2010**<br>CONSIDERATION:<br>**Collection for Leo Tobben Rental Properties**<br>REMARKS: | | | | $2,230.00 |
| ACCT #: **xxxxxx77N1**<br>**SENEX SERVICES CORP**<br>**3500 DEPAUW BLVD STE 305**<br>**INDIANAPOLIS, IN 46268** | | J | DATE INCURRED: **05/06/2008**<br>CONSIDERATION:<br>**Collection for St. Lukes Hospital**<br>REMARKS: | | | | $300.00 |
| ACCT #: **1445**<br>**Simple Solutions Management Co.**<br>**PO Box 4323**<br>**Chesterfield, MO 63006-4323** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**File Copy Fees**<br>REMARKS: | | | | $101.31 |
| ACCT #: **x-xxx090-0**<br>**SSM St. Charles Clinic Med Grp**<br>**PO Box 795100**<br>**St. Louis, MO 63179** | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $74.76 |

Sheet no. ___**8**___ of ___**10**___ continuation sheets attached to              **Subtotal >**      **$4,225.07**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
**Misty L. Scott**

Case No. **11-32051**  
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx xCCTS.**<br>**SSM St. Joseph Health Center**<br>**1015 Corporate Square Dr.**<br>**St. Louis, MO 63132** | | J | DATE INCURRED: **2006-07**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx1768**<br>**St. Charles County Collector of Revenue**<br>**201 North Second St., Ste. 134**<br>**St. Charles, MO 63301-2889** | | - | DATE INCURRED: **2006**<br>CONSIDERATION:<br>**Personal Property Taxes**<br>REMARKS: | | | | **$319.13** |
| ACCT #: **xxxxxxx xCCTS.**<br>**St. Johns Mercy Hospital**<br>**PO Box 6190**<br>**Chesterfield, MO 63006** | | J | DATE INCURRED: **2008-09**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxx0046**<br>**St. Luke's Hospital**<br>**232 S. Woods Mill Rd.**<br>**Chesterfield, MO 63017** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$393.28** |
| ACCT #: **xxxxxx0234**<br>**St. Luke's Hospital**<br>**232 S. Woods Mill Rd.**<br>**Chesterfield, MO 63017** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$100.00** |
| ACCT #: **xx1078**<br>**STL Path LLC**<br>**PO Box 78609**<br>**St. Louis, MO 63178** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$63.00** |

Sheet no. **9** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$875.41**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L. Scott**  
**Misty L. Scott**

Case No. **11-32051**  
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx1003**<br>**Uptown Emer Phys LLP**<br>**Mail Processing Center**<br>**PO Box 41309**<br>**Nashville, TN 37204** | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $253.71 |
| ACCT #: **xxxxx1035**<br>**Warren County Collector, Linda Stude**<br>**105 South Market**<br>**Warrenton, MO 63383-1986** | | - | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Personal Property Taxes**<br>REMARKS: | | | | $79.99 |
| ACCT #: **x0899**<br>**Women's Care Specialists LLC**<br>**209 First Executive Dr.**<br>**St. Peters, MO 63376** | | J | DATE INCURRED: **2008-09**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | Notice Only |
| ACCT #: **x5891**<br>**Woodsmill Anesthesia, Inc.**<br>**PO Box 60707**<br>**St. Louis, MO 63160-0707** | | J | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | Notice Only |

Sheet no. __**10**__ of __**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$333.70**

Total > **$32,504.18**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Gregory L. Scott**　　　　　　　　　　　　　　　　　　　　Case No.　**11-32051**
　　　**Misty L. Scott**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of　**13**　sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date　**10/19/2011**　　　　　　　　　　　　Signature　**/s/ Gregory L. Scott**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Gregory L. Scott*

Date　**10/19/2011**　　　　　　　　　　　　Signature　**/s/ Misty L. Scott**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Misty L. Scott*
　　　　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

IN RE:  **Gregory L. Scott**                                      CASE NO  **11-32051**
        **Misty L. Scott**

                                                                  CHAPTER  **13**

*AMENDED*
**VERIFICATION OF CREDITOR MATRIX**

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/19/2011                                     Signature  /s/ Gregory L. Scott
                                                                *Gregory L. Scott*


Date  10/19/2011                                     Signature  /s/ Misty L. Scott
                                                                *Misty L. Scott*

LVNV FUNDING LLC
c/o Resurgent Capital
PO Box 10466
Greenville, SC 29603


NCO FIN/55
507 Prudential Road
Horsham, PA 19044


Partners Financial Services Inc.
403 Axminister Drive
Fenton, MO 63026

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
|     **Gregory and Misty Scott** | ) | **Case No. 11-32051** |
| | ) | **Chapter 13** |
| **Debtor(s)** | ) | |
| | ) | **Judge Laura K. Grandy** |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on October 25, 2011, the attached Amended Schedule F, Declaration Concerning Debtors Schedules, Matrix and Verification of Matrix, was filed with the U.S. Bankruptcy Court for the Southern District of Illinois in East St. Louis, IL.

/s/ Sean C. Paul
Sean C. Paul
PK Law
8917 Gravois Rd.
St. Louis, MO  63123
(314) 827-4027
Fax (314) 222-0619
scp@pklawonline.com

**CERTIFICATE OF SERVICE**

    I, Sean C. Paul, do hereby certify that I served a copy of this Notice along with the attached Amended Schedule F, Declaration Concerning Debtors Schedules, Matrix and Verification of Matrix, along with a Notice of Case Commencement, upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, on or before the 5:30 p.m., on October 25, 2011.

                              /s/ Sean C. Paul
                              Sean C. Paul

Service List:

LVNV FUNDING LLC
c/o Resurgent Capital
PO Box 10466
Greenville, SC 29603

NCO FIN/55
507 Prudential Road
Horsham, PA 19044

Partners Financial Services Inc.
403 Axminister Drive
Fenton, MO 63026

Russell Simon, Trustee
33 Bronze Pointe, Suite 110
Swansea, IL 62226