# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

---

In re: Gregory L. Scott and Misty L. Scott
     Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–5748    xxx–xx–4602

Bankruptcy Proceeding No. 11–32051–lkg
Chapter No.: 13
Judge: Laura K. Grandy

---

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave,
    East St Louis, IL 62201
on 11/29/2011 at 09:00 AM

to consider and act upon the following:

    Objection to Confirmation of the Plan filed by Trustee Russell C Simon

**Creditor Objections:** At least 10 days prior to the hearing on the objection to confirmation of the plan, the parties shall meet and discuss possible resolution of the objection. The burden of scheduling this meeting shall be on debtors' counsel.

**Trustee Objections:** In cases where the trustee files an objection to confirmation, the trustee shall schedule a pretrial conference to discuss possible resolution of the objection. Notice of the pretrial conference shall be posted on the trustee's website at least 10 days prior to the scheduled conference. All parties shall be prepared to conduct a meaningful pretrial conference on the date and at the time scheduled by the trustee. If the debtor has no factual or legal basis on which to dispute the objection(s) raised by the trustee, the debtor shall file the necessary pleadings/documents to cure the objection(s) no later than the date and time of the scheduled pretrial conference.

Within two days following the pretrial conference, debtor's counsel shall advise the Court (by email) of those matters which have been resolved. Failure of the parties to comply with any of these provisions may result in the imposition of sanctions, including the reduction of attorney's fees.

Dated: November 10, 2011

DIRECT ALL COURT CORRESPONDENCE TO:                 Donna N Beyersdorfer
U.S. BANKRUPTCY COURT                                           Clerk, U.S. Bankruptcy Court
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 482–9400.