# Notice Recipients

District/Off: 0754–3　　　User: kw　　　Date Created: 11/10/2011
Case: 11–32051–lkg　　　Form ID: 321　　　Total: 5

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　USTPRegion10.es.ecf@usdoj.gov
tr　　Russell C Simon　　simontrustee@yahoo.com
aty　　Sean C Paul　　scp@pklawonline.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Gregory L. Scott　　23 E. 30 Trailer Park　　Glen Carbon, IL 62034
jtdb　　Misty L. Scott　　23 E. 30 Trailer Park　　Glen Carbon, IL 62034

TOTAL: 2